UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign insurance company;<br><br>        Plaintiff,<br><br>        v.<br><br>DANIEL J. ANDREW and "JANE DOE" ANDREW, individually and as a marital community; LANCE PETKOVITS and LAURIE J. MURRAY, as joint personal representatives of the Estate of Katherine E. Petkovits;<br><br>        Defendants. | No.  2:22-cv-01466-RSM<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANTS LANCE PETKOVITZ AND LAURIE J. MURRAY** |

Progressive Direct Insurance Company (hereinafter "Progressive") and Defendants Lance Petkovits and Laurie J. Murray hereby agree and stipulate as follows:

1.      Mr. Petkovits and Ms. Murrary agree to be bound by any coverage decision made by the Court and/or jury in this action, or a higher court if an appeal is made. Mr. Petkovitz and Ms. Murray acknowledges and agrees that they have been provided with the opportunity to consult with counsel and that her representatives have signed this Stipulation free from any duress or undue influence on the part of Progressive.

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444  F: (206) 467-5544

2.      In consideration of this agreement, Progressive agrees to dismiss Lance Petkovits and Laurie J. Murray as a party defendant from its Complaint, without prejudice, and without fees or costs to either party.

DATED this 9th day of March, 2023.


LETHER LAW GROUP                        MORGAN & KOONTZ PLLC


s/ Thomas Lether_____              /s/ Mark E. Koontz_____
Ryan Bisel, WSBA #58634                 Mark E. Koontz, WSBA #26212
Thomas Lether, WSBA #18089            2501 N Alder St
1848 Westlake Ave N., Suite 100         Tacoma, WA 98406
Seattle, WA 98109                        Phone: (253) 761-4444
P: 206-467-5444 F: 206-467-5544       mark@morgankoontz.com
rbisel@letherlaw.com                    *Counsel for Defendants Lance*
tlether@letherlaw.com                   *Petkovits and Laurie J. Murray*
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF VOLUNTARY
DISMISSAL OF DEFENDANTS LANCE PETKOVITS AND
LAURIE J. MURRAY – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444  F: (206) 467-5544

## II.   ORDER

Based on the foregoing stipulation, it is hereby Ordered as follows:

1.      Defendants Lance Petkovits and Laurie J. Murray will be bound by any decision or ruling regarding coverage for claims arising from Progressive's litigation against Progressive's policyholder Daniel Andrew under Progressive Policy 918705648 made by the Court and/or jury in this action, or higher court if an appeal is made.

2.      Defendants Lance Petkovitz and Laurie J. Murray are hereby DISMISSED as a party defendant from Plaintiff's Complaint, without prejudice, and without fees or costs to either party.

DATED this 9th day of March, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

LETHER LAW GROUP

s/ Thomas Lether
Ryan Bisel, WSBA #58634
Thomas Lether, WSBA #18089
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
rbisel@letherlaw.com
tlether@letherlaw.com
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF VOLUNTARY
DISMISSAL OF DEFENDANTS LANCE PETKOVITS AND
LAURIE J. MURRAY – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444  F: (206) 467-5544

1

2                               **CERTIFICATE OF SERVICE**

3              The undersigned hereby certifies under the penalty of perjury under the laws of the State

4    of Washington that on this date I caused to be served in the manner noted below a true and correct

5    copy of the foregoing on the following party(ies):

6
     Mark E. Koontz
7    Morgan & Koontz PLLC
     2501 N Alder St
8    Tacoma, WA 98406
     Phone: (253) 761-4444
9    mark@morgankoontz.com
     *Counsel for Defendants Lance*
10   *Petkovits and Laurie J. Murray*

11   **By:          [] First Class Mail            [X] E-Service/Email      [  ] Legal Messenger**

12
              DATED this 9th day of March, 2023 at Seattle, Washington.
13

14
                                        */s/   Nico Schulz_____*
15                                      Nico Schulz | Paralegal

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER OF VOLUNTARY                      LETHER LAW GROUP
DISMISSAL OF DEFENDANTS LANCE PETKOVITS AND        1848 WESTLAKE AVENUE N. STE. 100
LAURIE J. MURRAY – 4                                 SEATTLE, WASHINGTON  98109
                                                   P: (206) 467-5444  F: (206) 467-5544